UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA         :

                                                # 10 CR 12 (JFK)

     -V-                         :

Andrea Barysevich
------------------------------X
Please be advised that the (conference)/~~sentence~~ scheduled for January 19, 2010 has been rescheduled to January 21, 2010 at 10:45 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
       January 13, 2010

                                 _____
                                 JOHN F. KEENAN
                                 United States District Judge

USDC
DOC...
ELEC...
DOC #
DATE...        1-13-10