**ORIGINAL** X7239

KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, :

      - v - : NOTICE OF INTENT TO
                                FILE AN INFORMATION
ANDREI BARYSEVICH, :
   a/k/a "Maksim Radziukou,"
   a/k/a "Artur Galiullin," :

         Defendant. : **10 CRIM 012**

- - - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           December 22, 2009

                                      PREET BHARARA
                                      United States Attorney

                       By: _____
                           SARAH Y. LAI
                           Assistant United States Attorney

                 AGREED AND CONSENTED TO:

                 By: _____ 12/19/09
                       LOU FREEMAN, ESQ.
                       Attorney for Andrei Barysevich

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: 2 DATE FILED: 12/22/09]

12/22/09 WHEEL A