UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   v.                             :

ANDREI BARYSEVICH,                :     09 Cr. _____
    a/k/a "Maksim Radziukou,"
    a/k/a "Artur Galiullin,"      :

              Defendant.          :     **10 CRIM 012**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1029(b)(2), 1349, and 1956(h), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*JUDGE KEENAN*

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       January 5, 2010

0202

