UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

ANDREI BARYSEVICH,

2009R01552

**M19-1-** 1 2 9 2 9

10 CRIM 0012 (JFK)

### OFFICE OF THE UNITED STATES ATTORNEY
### SOUTHERN DISTRICT OF NEW YORK

It is hereby certified pursuant to the order of this Court entered on the May 22, 1920, that the bail of the above-named defendant was continued by the Honorable John F. Keenan, U.S.D.J. at $100,000.00 PRB; co-signed by 3 Financially responsible persons; secured by $10,000.00 cash and property; travel restricted to SDNY and EDNY; surrender travel documents; no new applications and Strict Pre Trial Supervision. All conditions are to be met prior to release.

Ordered that the Clerk of the District Court for the Southern District of New York accept

the Sum of: XXXXXXTen-ThousandXX XXDollars ($10,000.000).

Dated: New York, New York

March 10, 2010

PREET BHARARA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK

SARAH LAI, ESQ.
Assistant United States Attorney
Telephone No. (212) 637-1944

Deposited by:

Louis M. Freeman
on behalf of
Kseniya Boyko
30 Vesey St
Suite 100
NY NY 10007

John F. Keenan
PART 1 JUDGE U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-16-10