UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

     -v.-                          :     ORDER

ANDREI BARYSEVICH,                :     10 Cr. 12 (JFK)

           Defendant.        :

- - - - - - - - - - - - - - - - - -x

It is hereby ORDERED, on consent of both parties, that the defendant's conditions of release be modified to include drug testing and treatment under the guidance of Pretrial Services.

DATED: April 27, 2010
New York, New York

/s/ John F. Keenan
HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-27-10