# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

*NY AND CALIF. BARS

30 VESEY STREET
SUITE 100
NEW YORK, N.Y. 10007

(212) 608-0808
(212) 962-9696 (FAX)

June 28, 2010

**By Fax and ECF**
(718) 805-7911
Honorable John F. Keenan
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007



6-29-10

Re:   US v. Barysevich
      10-Cr-12 (JFK)

Dear Judge Keenan:

With the consent of the government by AUSA Sarah Lai we write to request that Mr. Barysevich's conditions of release be modified to allow travel from New York to Miami, Florida on July 3, 2010, returning to New York July 6, 2010.

Respectfully Submitted,

Louis M. Freeman

CC:   (212) 637-2239
      AUSA Sarah Lai
LF/zt

Application Granted
So ordered    John F. Keenan
June 29, 2010    U.S.D.J