MEMO ENDORSED


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2010

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

### Re: United States v. Andrei Barysevich, 10 Cr. 12 (JFK)

Dear Judge Keenan:

Sentencing in the above-referenced matter is currently scheduled for July 7, 2010. The Government respectfully submits this letter to request a four-month adjournment of the sentencing date. I have communicated with defense counsel Louis Freeman, Esq., and he consents to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sarah Y. Lai
Assistant United States Attorney
Tel.: (212) 637-1944

cc: Mr. Louis Freeman, Esq. (by electronic mail)

Sentence is adjourned until November 10, 2010 at 9:45 AM

So ordered
July 6, 2010

John F. Keenan
USDJ