# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN | 30 VESEY STREET |
| THOMAS H. NOOTER* | SUITE 100 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10007 |
| | (212) 608-0808 |
| CHARLENE RAMOS | TELECOPIER (212) 962-9696 |
| OFFICE MANAGER | |

November 20, 2012

Honorable John F. Keenan
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **U.S. v. Barysevich**
**10 CR 12 (JFK)**

Dear Judge Keenan:

    With the consent of the government by AUSA Sarah Lai and without objection from Pre-Trial Service Officer Erica Cudina, we write to request modification of Mr. Barysevich's bail conditions to permit travel from New York City to Philadelphia on Wednesday, November 21 until Saturday, November 24, 2012. Mr. Barysevich will provide his pre-trial officer with the address where he will be staying.

                                      Respectfully Submitted,

                                      *Louis M. Freeman*

                                      Louis M. Freeman

cc: AUSA Sarah Lai
    PTSO Erica Cudina