# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN | 30 VESEY STREET |
| THOMAS H. NOOTER* | SUITE 100 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10007 |
| ——— | |
| | (212) 608-0808 |
| CHARLENE RAMOS | TELECOPIER (212) 962-9696 |
| OFFICE MANAGER | |

January 24, 2013

Honorable John F. Keenan
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: U.S. v. Barysevich**
**10 CR 12 (JFK)**

Dear Judge Keenan:

     With the consent of the government by AUSA Sarah Lai, we write to request modification of Mr. Barysevich's bail conditions to permit travel from New York City to Miami, FL on Monday, January 28, 2013 until Thursday, January 31, 2013 to attend the wedding of a childhood friend. Mr. Barysevich will provide his pre-trial officer with the address where he will be staying.

                                              Respectfully Submitted,

                                              *Louis M. Freeman*

                                              Louis M. Freeman

cc: AUSA Sarah Lai
    PTSO Erica Cudina