USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA

v.

ANDREI BARYSEVICH,

*Defendant.*

-----------------------------------------------------------X

**Order of Restitution**

**10 Cr. 12 (JFK)**

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Sarah Y. Lai, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One to Three of the above-referenced Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Andrei Barysevich, the Defendant, shall pay restitution in the total amount of $94,140 to the victims of the offenses charged in Counts One through Three. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically Timour Dick, under docket number 09 Cr. 1078 (JFK), and Uladzimir Padzeus, under docket number 10 Cr. 620 (VM). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been

6.2011

paid the total amount of his loss from all the restitution paid by the Defendant, Timour Dick and Uladzimir Padzeus.

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       May _____, 2013

_____
UNITED STATES DISTRICT JUDGE