Andrei Barysevich                                   Docket Number 10-CR-12-1 (JFK)
                                                    P56758/EF.ys

5



*USA v. Barysevich*
*#10 CR 12 (JFK)*

*JUDICIAL RESPONSE*

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 10-21-13

THE COURT ORDERS:

[✓]   International Travel to Belarus GRANTED

[ ]   International Travel to Belrus DENIED

[ ]   Other

_____
_____
_____
_____

THE COURT ORDERS:

[✓]   Future Decisions Regarding International Travel Shall Be at the Discretion of the Supervising District

[ ]   Future Decisions Regarding International Travel Shall Not Be at the Discretion of the Supervising District

[ ]   Other

_____
_____
_____
_____

*John F. Keenan*
Signature of Judicial Officer

10/21/13
Date